# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: August 31, 2017[1]
Refiled in Redacted Form: February 7, 2018

```
*  *  *  *  *  *  *  *  *  *  *  *  *
TERI ARRANGA, as Limited Conservator  *
of I.M.S.,                            *          Chief Special Master Dorsey
                                      *
              Petitioner,             *          No. 02-1616V
                                      *
 v.                                   *
                                      *
SECRETARY OF HEALTH                   *
AND HUMAN SERVICES,                   *
                                      *
              Respondent.             *
*  *  *  *  *  *  *  *  *  *  *  *  *
```

Edward M. Kraus, Law Offices of Chicago Kent, Chicago, Illinois, for petitioners.
Alexis B. Babcock, U.S. Department of Justice, Washington, DC, for respondent.

### DECISION DISMISSING PETITION

On May 5, 2014, petitioner[2] filed a status report in which she agreed to be bound by the ruling in the J.M. et al. (02-10V) case.

On August 31, 2017, I ruled against petitioner in J.M. et al. A copy of that decision is attached hereto as Appendix A and is incorporated herein.

---

[1] When this decision was originally filed, I advised the parties of my intent to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. §3501 note (2012) (Federal management and Promotion of Electronic Government Services). Although the petitioner did not file a motion for redaction in this case, petitioners in the lead omnibus case, J.M. et al. (02-10V), filed a motion to have their names redacted to initials. This decision is being reissued to reflect that the names of the petitioners in the J.M. et al. case have been redacted to initials. Except for those changes and this footnote, no other substantive changes have been made.

[2] Since the filing of the August 31, 2017 Decision, the case caption has been amended to reflect that I.M.S., who has reached the age of majority, is being represented by petitioner, who is acting as the limited conservator of his estate.

1

Accordingly, petitioner is bound by that decision, and this case is **DISMISSED**.  In the absence of a motion for review,[3] the Clerk of the Court **SHALL ENTER JUDGMENT** in accordance with this decision.

**IT IS SO ORDERED.**

s/Nora Beth Dorsey
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.